Decision Per Curiam.

Silver Springs, Ocala & Gulf Railroad Company, a Corporation, Plaintiff in Error, vs. M. V. B. Van Ness and Annie L. Van Ness, Defendants in Error.

## IN BANC.

Writ of error to Circuit Court, Citrus county; William A. Hocker, Judge.

*R. A. Burford* and *E. K. Foster,* for Plaintiff in Error.

*T. P. Lloyd,* for Defendants in Error.

---
## Memorandum Decisions.
---

This action was brought by the defendants in error against the plaintiff, in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.